UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.  5:04cr23/MCR
             5:14cv154/MCR/GRJ

ROBERT JOHN COOK
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 25, 2014. (Doc. 291). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 290) is summarily **DENIED and DISMISSED** as untimely.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of July, 2014.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**